IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA, :

    Plaintiff, : Case No. 3:12CR074

vs. : U. S. Magistrate Judge Michael J. Newman

CYRIELLE STANSBERRY, :

    Defendant. :

## ENTRY PLACING DEFENDANT ON PREJUDGMENT PROBATION

Upon Motion of Defendant Stansberry, and for good cause shown, Defendant Stansberry is placed on probation for a period of one (1) year pursuant to 18 U.S.C. § 3607(a). The Court finds that Defendant Stansberry has not been convicted of violating a federal or state law relating to controlled substances, nor has she been previously subject to disposition under this section.

The Court places Defendant Stansberry on probation for a period of one (1) year under the Standard Conditions of Probation required in the United States District Court for the Southern District of Ohio, including the Special Condition that Defendant Stansberry: (1) participate in a substance abuse evaluation and complete any additional treatment as recommended by the probation officer during the period of supervision. The imposition of probation is entered without entering a judgment of conviction and the judgment in this matter will be held in abeyance pending Defendant Stansberry's completion of the probationary period.

Date of Imposition: 12/4/12

Michael J. Newman
United States Magistrate ~~Court~~ Judge